# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

KEVIN LAMONT GOURDINE,            )
                                  )
    Movant,   )
                                  )
v.                                )    Case No. CV615-006
                                  )                CR610-001
UNITED STATES OF AMERICA,         )
                                  )
    Respondent. )

## O R D E R

Movant, an inmate at the Federal Correctional Institution in Forrest City, Arkansas, has filed with this Court a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence. The Clerk is DIRECTED to serve the United States Attorney with this Order and a copy of the petition, if he has not already done so. Rule 3(b), Rules Governing Proceedings in the United States District Courts under § 2255.

The Court directs respondent to file an answer or response within thirty days from the date of this Order. Rule 4(b). The movant is directed to furnish the United States Attorney in Savannah, Georgia, with copies of all further motions or papers filed in this case.

**SO ORDERED** this ___28th___ day of January, 2015.

_____

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA